BEDDO, (UNITED STATES v.) See Cases Nos. 14,556 and 14,557.

BEDE, (UNITED STATES v.) See Case No. 14,558.

## Case No. 1,214.

### BEDELL v. The EMILY.

[The cases reported under above title in 6 N. Y. Leg. Obs. 340, are the same as Cases Nos. 4,452 and 4,453.]